Sep 18 13 04:59p      Dai rosenblum                                7242875302              p.1

9/27/13

𝒩.

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ROBERTA A. DeANGELIS
UNITED STATES TRUSTEE
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, Pennsylvania 15222
Telephone: (412) 644-4756
Facsimile: (412) 644-4785
E-mail: kathleen.robb@usdoj.gov
By: Kathleen Robb (PA ID 35747)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER: |
| | § | |
| DAYMON L. ATTISANO and | § | 13-22058-CMB |
| STACY L. ATTISANO, | § | |
| Debtors | § | Chapter 7 |
| | § | |
| ROBERTA A. DeANGELIS, | § | |
| UNITED STATES TRUSTEE, | § | Adversary No.: 13-2320 CMB |
| Plaintiff, | § | |
| v. | § | Pretrial Conference: 10/15/13 |
| | § | at 3:00 PM |
| STACY L. ATTISANO, | § | |
| Defendant. | § | Answer Date: 10/3/13 |

## CONSENT ORDER DISMISSING CASE OF STACY L. ATTISANO WITH PREJUDICE

AND NOW, on this _____ 1st _____ day of _____ Oct. _____, 2013, the case of
Stacy L. Attisano is **DISMISSED WITH PREJUDICE**;

the above-referenced complaint of the United States Trustee objecting to the discharge of
Stacy L. Attisano is **WITHDRAWN** as moot; and

the October 1, 2013 hearing at 1:30 PM on the Rule to Show Cause issued against Stacy L.
Attisano for failure to appear at scheduled § 341(a) meetings of creditors is ~~CANCELLED~~. moot due
to entry of this Order.

Consented to:                                    BY THE COURT

_____                          _____
Dai Rosenblum, Esquire                           CARLOTA M. BÖHM
Counsel for Stacy L. Attisano                    UNITED STATES BANKRUPTCY JUDGE
Dated: 9-18-13

**FILED**

OCT - 2 2013

CLERK, U.S. BANKRUPTCY COURT
WEST. DIST OF PENNSYLVANIA